UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **RICHARD DAVIS,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **KOHLER CO.,** | CASE NO: 15-1305-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion for Summary Judgment and Denying Joint Motion To Continue As moot entered on August 22, 2017, the Defendant's motion for summary judgment is GRANTED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/23/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk